FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

05 JAN 18 PM 12: 22

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA, :
:
   Plaintiff, :
:
v. : CASE NO. 90-248-MISC-ORL
:
RANDY L. SCOTT, :
:
   Defendant. :

## SATISFACTION OF JUDGMENT
## AND INCORPORATED CERTIFICATE OF SERVICE

The judgment filed herein on October 18, 1990, in the above-entitled cause has been paid or otherwise settled through compromise. The Clerk of the United States District Court for the Middle District of Florida is hereby authorized and empowered to cancel said judgment of record.

The judgment was recorded in Seminole County, Florida at Official Records Book 2235, Pages 0602 and 0603, on October 31, 1990.

**I HEREBY CERTIFY** that a copy of the foregoing Satisfaction of Judgment has been sent this 13th day of January, 2005, by U.S. Mail to:

Mr. Randy Scott
2562 Twilight Drive
Orlando, FL 32825

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By: **PATRICIA A. WILLING**
Assistant United States Attorney
Florida Bar Number: 340251
Attn: C.L. Mitchell/SDCA
Financial Litigation Unit
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:  813/274-6038
Facsimile: 813/274-6247